IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH R. JONES, JR., #037050, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:21-cv-279-X-BN |
| WILL DIXON, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DISMISSES Plaintiff Kenneth R. Jones, Jr.'s complaint as amended without prejudice to his filing within **21 days** a second amended complaint that cures, where possible, the deficiencies outlined in the findings, conclusions, and recommendation. Failure to do so will result in the dismissal of this action with prejudice and without further notice.

SO ORDERED this 9th day of April, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE